PROB12A1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

REPORT AND RECOMMENDATION OF OFFENDER TERMINATION

| | |
|---|---|
| **Offender Name:** | Jennifer SABLAN |
| **Docket Number:** | 2:02CR00199-01 |
| **Offender Address:** | Sacramento, California |
| **Judicial Officer:** | Honorable Garland E. Burrell, Jr.<br>United States District Judge<br>Sacramento, California |
| **Original Sentence Date:** | 02/07/2003 |
| **Original Offense:** | 18 USC § 1708 - Possession of Stolen Mail<br>(CLASS D FELONY) |
| **Original Sentence:** | 3 years Probation; $4,405 restitution; $100 special assessment; Mandatory testing |
| **Special Conditions:** | Warrantless search; Not dissipate assets; Financial restrictions and disclosure; Substance abuse treatment and testing. |
| **Type of Supervision:** | Probation |
| **Supervision Commenced:** | 02/07/2003 |
| **Assistant U.S. Attorney:** | Norman Y. Wong          **Telephone:** 916-554-2700 |
| **Defense Attorney:** | Rachelle Barbour       **Telephone:** 916-498-5700<br>Assistant Federal Defender |
| **Other Court Action:** | None |

Rev. 04/2005
PROB12A1.MRG

RE:   Jennifer SABLAN
      Docket Number:   2:02CR00199-01
      **REPORT AND RECOMMENDATION OF OFFENDER TERMINATION**

---

The purpose of this report is to advise the Court of the following:

At the time of sentencing, the probationer was already serving county probation terms in Solano and Sacramento Counties. She successfully completed requirements for drug treatment and testing for those counties, and has complied with all conditions imposed in this case.

The probationer's financial situation has been monitored throughout her supervision period to determine her ability to pay restitution. She receives welfare assistance and has made consistent monthly payments of $10. She has an outstanding restitution balance of $4,215. She has paid her special assessment of $100.

**United States Probation Officer Plan/Justification** It is recommended that Probation be allowed to expire on February 6, 2006, with an outstanding balance of restitution. The Court could extend Probation two more years, but this is not recommended. The United States Attorney's Financial Litigation Unit will assume further collection efforts in this case.

Respectfully submitted,

/s/ Dayna D. Ward

**DAYNA D. WARD**
**United States Probation Officer**
Telephone: 916-786-2989

DATED:   September 13, 2005
         Roseville, California
         ddw:cd


REVIEWED BY*:*        /s/ Richard A. Ertola
                **RICHARD A. ERTOLA**
                **Supervising United States Probation Officer**

**RE:     Jennifer SABLAN**
         **Docket Number:   2:02CR00199-01**
         **REPORT AND RECOMMENDATION OF OFFENDER TERMINATION**

---

**THE COURT ORDERS:**

(X)     The Court Approves Probation Officer's Plan, and Orders No Further Action Be Taken At This Time.

( )     Submit a Request for Modifying the Conditions or Term of Supervision.

( )     Submit a Request for Warrant or Summons.

( )     Other:

**Dated:  September 15, 2005**

                                        /s/ Garland E. Burrell, Jr.
                                        GARLAND E. BURRELL, JR.
                                        United States District Judge

cc:     United States Probation
        Norman Y. Wong, Assistant United States Attorney
        Rachelle Barbour, Assistant Federal Defender

Attachment:  Presentence Report   (Sacramento only)